In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-03-253 CV


____________________



DONALD RAY MCCRAY, Appellant



V.



JEFFERSON COUNTY, Appellee






On Appeal from the 172nd District Court


Jefferson County, Texas


Trial Cause No. E-169,005






MEMORANDUM OPINION


 Donald Ray McCray, an inmate of the Texas Department of Criminal Justice,
Institutional Division, appeals from the dismissal of a suit filed against Jefferson County,
Texas. Because the appeal involves the application of well- settled principles of law, we
deliver this memorandum opinion. Tex. R. App. P. 47.4.


 McCray brings one issue on appeal; he maintains the trial court erred in dismissing
his suit when Jefferson County had filed neither an answer nor a motion to dismiss. 
However, McCray is incorrect. Section 14.003(a)(2) of the Texas Civil Practices and
Remedies Code specifically authorizes the trial court to dismiss a claim, "either before or
after service of process," if the court determines the claim is frivolous or malicious. Tex.
Civ. Prac. & Rem. Code Ann. § 14.003(a)(2) (Vernon 2002). Here, the trial court found
that McCray's suit was frivolous and dismissed it pursuant to the appropriate statutory
authority. See Tex. Civ. Prac. & Rem. Code Ann. §§ 14.001-.014 (Vernon 2002). We
overrule McCray's issue and affirm the trial court's judgment.

 AFFIRMED. 

 PER CURIAM


Submitted on September 2, 2003

Opinion Delivered September 11, 2003

 


Before McKeithen, C.J., Burgess and Gaultney, JJ.